**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

TOBIAS TEIXEIRA DA FONSECA,

     Plaintiff,                       Case No.: 1:25-cv-04399

v.                                   Judge Manish S. Shah

THE PARTNERSHIPS AND UNINCORPORATED   Magistrate Judge Gabriel A. Fuentes
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

**<u>NOTICE OF MOTION</u>**

**PLEASE TAKE NOTICE** that on Tuesday, June 10, 2025, at 9:45 a.m., Plaintiff, by Plaintiff's counsel, shall appear by in person before the Honorable Judge Manish S. Shah of the U.S. District Court for the Northern District of Illinois and present Plaintiff's Motion for Entry of Default and Default Judgment against the Defendants Identified in First Amended Schedule A.

DATED: June 3, 2025                 Respectfully submitted,

                                   */s/ Keith A. Vogt*
                                   Keith A. Vogt (Bar No. 6207971)
                                   Keith Vogt, Ltd.
                                   33 West Jackson Boulevard, #2W
                                   Chicago, Illinois, 60604
                                   Telephone: 312-971-6752
                                   E-mail: keith@vogtip.com

                                   ***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 3, 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified and provided for Defendants by third parties that includes a link to said website.

            /s/ *Keith A. Vogt*
            Keith A. Vogt, Esq.